



Figure 1