IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

| | | | |
|---|---|---|---|
| Civil Action No: | 1:19-cv-01105-PAB-MEH | Date: | June 18, 2019 |
| Courtroom Deputy: | Molly Davenport | FTR: | Courtroom A 501 |

*Parties:*  *Counsel:*

COLORADO DEPARTMENT OF PUBLIC HEALTH  Lukas Staks
AND ENVIRONMENT, HAZARDOUS MATERIALS  David Banas
AND WASTE MANAGEMENT DIVISION,

    Plaintiff,

v.

USA, et al,  Patrick Jacobi

    Defendants.

**COURTROOM MINUTES/MINUTE ORDER
SCHEDULING CONFERENCE**

**Court in session:**     **10:05 a.m.**

Court calls case. Appearances of counsel.

Discussion was held regarding the parties agreement to start discovery after the defendant files a response to the Complaint (answer due August 20, 2019). Defendant advised the Court that they expect to file a Motion to Stay pending a ruling on their responsive pleading.

No Scheduling Order will be entered at this time.

Plaintiff's counsel will request a Status Conference following briefing on the defendants' responsive pleading.

**Court in recess:**     **10:31 a.m.**     **(Hearing concluded)**
**Total time in Court: 0:24**

*To obtain a transcript of this proceeding, please contact Patterson Transcription Company at (303) 755-4536 **or** AB Court Reporting & Video, Inc. at (303) 629-8534.